# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137991

RANDALL ANTHONY SCOTTI,
      Plaintiff-Appellant,

v

JOY ELLEN SCOTTI,
      Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137991
COA: 279672
Oakland CC: 2004-695786-DM

      On order of the Court, the application for leave to appeal the November 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009                                       _____
                                                       Clerk

s0316